UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JORGE L LLANOS FIGUEROA

CASE NO. 10-06350-ESL

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Under Median / 36 months commitment period.**     Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**     R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,545.00    Fees paid: $0.00    Fees Outstanding: $2,545.00**

With respect to the proposed (amended) Plan dated: **July 15, 2010** (Dkt 2).    Plan Base: **12,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]
    Debtor has failed to commence payments. He showed a money order dated 8/16/2010 in the amount of $200.00 at the 341 Meeting of Creditors. Said funds have not cleared in the Trustee's system. Debtor must investigate the whereabout of said payment.

- Debtor(s) has/have failed to comply with her/his/their duties as a Debtor(s), debtor(s) has/have failed to provide documents and/or information requested at the meeting of creditors, impairing the Trustee duties performance under the Code. [11 USC §521 & §1302(b)]
    Debtor has failed to submit to the Trustee the addresses of his DSO claimant/s a was requested by the Trustee at the 341 Meeting of Creditors.

- Other/Comments
    NONE.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this September 16, 2010.

/s/ Jose R. Carrion
_____

/s/ Nannette Godreau -Staff Attorney
_____

JOSE R. CARRION
CHAPTER 13 TRUSTEE

PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550